UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| VERNON HOLDEN #317763,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CV-05849<br>SEC P |
| VERSUS | JUDGE DRELL |
| MARCUS MYERS,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 4), and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 5), and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is DENIED and DISMISSED with prejudice, and the request for appointment of counsel contained therein is MOOT.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 27 day of December 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT